**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER KENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: |
| | ) | |
| LIFE TIME, INC., | ) | |
| LIFE TIME – RIVER NORTH AT ONE CHICAGO, | ) | |
| LTF CLUB OPERATIONS COMPANY, INC., | ) | |
| LTF CLUB MANAGEMENT COMPANY, LLC, | ) | |
| and LIFE TIME GROUP HOLDINGS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF REMOVAL</u>**

To:    The United States District Court for the Northern District of Illinois – Eastern Division.

Plaintiffs' counsel:    Scott D. Lane and Nicholas J. Kamenjarin
**LANE BROWN, LLC**
230 West Monroe Street
Chicago, Illinois 60606
scottlane@lanebrownlaw.com
njk@lanebrownlaw.com

Pursuant to 28 U.S.C. §§1441 and 1446, Defendants, LIFE TIME, INC., LTF CLUB OPERATIONS COMPANY, INC., LTF MANAGEMENT COMPANY, LLC, and LIFE TIME GROUP HOLDINGS, INC., by and through their attorneys, LITCHFIELD CAVO LLP, hereby file this Notice of Removal of the above captioned matter from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois – Eastern Division, and in support thereof states as follows:

## A. The Removed Case

On December 11, 2025, Plaintiff filed a Complaint at Law in the Circuit Court of Cook County, Illinois captioned *CHRISTOPHER KENT v. LIFE TIME, INC., et al.,* bearing Case Number 2025L015222. See Plaintiff's Complaint attached hereto as **Exhibit 1**.

Plaintiff's Complaint alleges he suffered personal injuries on January 25, 2024, at a Life Time Fitness located at 15 West Chicago Avenue, Chicago, Illinois. Plaintiff's Complaint alleges that he slipped and fell on the basketball court due to the area being wet. Based on this alleged incident, Plaintiff asserts a claim for negligence. **Exhibit 1**.

## B. Venue

Venue of this action is proper under 28 U.S.C. §1441(a) because this Court is the United States District Court for the district corresponding to the place where the state court action was pending.

## C. Removal is Timely

Defendants were served with summons and the Complaint on December 17, 2025. **Exhibit 1**. Removal, therefore, is timely under 28 U.S.C. §1446(b) because notice has been filed within 30 days of Defendants receiving the initial pleading.[1]

## D. Service of Removal Papers

Pursuant to 28 U.S.C. §1446(d) written notice of removal must be given to Plaintiff's counsel and a Notice of Filing of Notice of Removal shall be filed in the Circuit Court of Cook County, Illinois. See Notice of Filing of Notice of Removal attached hereto as **Exhibit 2**.

---

[1] Plaintiff also named "LIFE TIME – RIVER NORTH AT ONE CHICAGO" as a defendant, but to Defendants' knowledge no such entity exists and no such entity is associated with the Defendants or the facility referenced in Plaintiff's Complaint.

2

**E.    Jurisdiction Under 28 U.S.C. §1332**

This is a civil action that properly falls under the Court's original jurisdiction under 28 U.S.C. §1332 and is one that may be removed under 28 U.S.C. §1441. There is a complete diversity of citizenship among the parties. CHRISTOPHER KENT was a patron of the Life Time facility in Chicago, Illinois and on information and belief currently resides in Illinois.

Defendants LIFE TIME, INC., LTF CLUB OPERATIONS COMPANY, INC., LTF MANAGEMENT COMPANY, LLC, and LIFE TIME GROUP HOLDINGS, INC., are each citizens of Minnesota. They are corporations duly organized and existing under and by virtue of the laws of the State of Minnesota, with their headquarters and principal places of business in Chanhassen, Minnesota.

The amount in controversy in this action exceeds the jurisdictional threshold, as Plaintiff seeks damages in excess of $75,000. See Correspondence with Plaintiff's counsel attached hereto as **Exhibit 3.**

By filing this Notice of Removal, Defendants do not waive any jurisdictional objections or any other available defenses.

WHEREFORE, Defendants LIFE TIME, INC., LTF CLUB OPERATIONS COMPANY, INC., LTF MANAGEMENT COMPANY, LLC, and LIFE TIME GROUP HOLDINGS, INC., respectfully request that this civil action be removed from the Circuit Court of Cook County, Illinois, and that this Court accept jurisdiction over this action, and henceforth, that this action be placed on the docket of this Court for further proceedings, as though this action had originally been instituted in this Court.

Respectfully submitted,

/s/ *Michael L. Hahn*

One of the Attorneys for Defendants

Michael L. Hahn
**LITCHFIELD CAVO LLP**
303 West Madison Street, Suite 300
Chicago, IL 60606
Hahn@LitchfieldCavo.com
(312) 781-6569
Fax: (312) 781-6630

4